

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-17-00147-CR

| | |
|---|---|
| Michael James Dudich, Appellant | Appealed from the County Court at Law of Washington County. (Trial Court No. 2015-0402). Memorandum Opinion delivered by Justice Jewell. Justices Christopher and Donovan also participating. |
| v. | |
| The State of Texas, Appellee | |

**TO THE COUNTY COURT AT LAW OF WASHINGTON COUNTY, GREETINGS:**

Before our Court of Appeals on March 20, 2018, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, Texas, May 14, 2018.

**CHRISTOPHER A. PRINE, CLERK**